# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2015

149964

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ADAM DEVERE DIXON,
        Defendant-Appellant.

SC: 149964
COA: 322418
Grand Traverse CC: 2014-011811-FH

_____/

On order of the Court, the application for leave to appeal the July 31, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Grand Traverse Circuit Court to amend the defendant's judgment of sentence for fourth-degree criminal sexual conduct to commence on April 25, 2014, the date of his sentencing. *Wayne Co Prosecutor v Dep't of Corrections*, 451 Mich 569 (1996).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2015



p0421

Clerk